No. 911. HASTINGS v. MANN, TRADING AS MANN'S HARBOR MARINA. C. A. 4th Cir. Certiorari denied. *Walter B. Martin, Jr.*, for petitioner. *Gerald F. White* for respondent.

No. 912. OLYMPIC FINANCE CO. v. THYRET, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Albert M. Herzig* for petitioner. *Irwin R. Buchalter* for respondent.

No. 913. ROMA ET AL. v. MUNICIPAL CIVIL SERVICE COMMISSION, CITY OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied. *John H. Mariano* for petitioners. *Leo A. Larkin* and *Seymour B. Quel* for Municipal Civil Service Commission et al.; *Louis J. Lefkowitz*, Attorney General of New York, and *Samuel A. Hirshowitz*, First Assistant Attorney General, for State Civil Service Commission; and *Helen R. Cassidy* and *James P. McMahon* for New York City Transit Authority, respondents.

No. 915. SCOVILE v. WATSON ET AL. C. A. 7th Cir. Certiorari denied. *James W. Oberfell* for petitioner. *Eugene Cotton* and *Richard F. Watt* for respondents.

No. 916. ROSSI v. MALKIN ET AL., DBA FISK BUILDING ASSOCIATES. Ct. App. N. Y. Certiorari denied. *Lucian J. Rossi*, petitioner, *pro se.*

No. 917. PAULING v. MISEVIC, STATE HOSPITAL SUPERINTENDENT. Sup. Ct. Ill. Certiorari denied.

No. 920. ANGIULO v. MULLINS, SPECIAL AGENT, INTERNAL REVENUE SERVICE. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.